IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT DOYLE MURPHY,                                No. 6:19-cv-01185-JR

        Petitioner,                                     ORDER

   v.

GARRETT LANEY,

        Respondent.

HERNÁNDEZ, District Judge:

     Magistrate Judge Russo issued a Findings and Recommendation on November 3, 2020, in which she recommends that the Court deny the Petition for Writ of Habeas Corpus and enter a judgment of dismissal. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [20]. Accordingly, the Petition for Writ of Habeas Corpus is DENIED and this case is dismissed with prejudice. A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED: __February 16, 2021__.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER